1  Deverie J. Christensen
   Nevada State Bar No. 6596
2  Phillip C. Thompson
   Nevada State Bar No. 12114
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Pkwy, Suite 600
4  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
5  Email: deverie.christensen@jacksonlewis.com
   Email: phillip.thompson@jacksonlewis.com

6

7  *Attorneys for Defendant*
   *Quality Carriers, Inc.*





FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

8

9               **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11  JANEAL MATHEWS,                    Case No. 3:18-cv-00456-MMD-WGC

12              Plaintiff,
                                       **STIPULATION AND ORDER FOR**
13      vs.                            **EXCEPTION TO EARLY NEUTRAL**
                                       **EVALUATION ATTENDANCE**
14  QUALITY CARRIERS, INC.,            **REQUIREMENTS**
    and, DOES I-X,
15
                Defendants.
16

17      Pursuant to the Court's Order Scheduling Early Neutral Evaluation Session (ECF No. 9),

18  all parties hereby stipulate to an exception to the early neutral evaluation ("ENE") in-person

19  attendance requirements so that a representative from Defendant's insurance carrier may attend

20  the session by telephone.

21  **I.      REASON FOR REQUEST**

22      Defense Counsel recently learned that Defendant may have insurance coverage for this

23  matter through Travelers Insurance Company.  However, Defendant has a substantial, six-figure

24  self-insured retention and any resolution of this matter at the ENE will be funded by Defendant.

25  In addition, the representative for Travelers is located out of state and unable to travel to Reno,

26  Nevada on the date set for the ENE.  The insurance representative will be readily available by

27  telephone.  The insurance representative's absence will not adversely affect the ENE, and those

28  present will have the appropriate settlement authority to reach a reasonable resolution at the ENE.

Jackson Lewis P.C.
Las Vegas

## II.   COMPLIANCE WITH THE COURT'S ORDER

The Court's Order Scheduling Early Neutral Evaluation Session provides that, "[i]n the event counsel for any party is aware of any circumstance which might cast doubt on a client's compliance with these [attendance] provisions, s/he shall immediately discuss the circumstance with opposing counsel to resolve it well before the early neutral evaluation." ECF No. 9, p. 3.

Upon learning of the insurance policy and speaking with the carrier representative regarding the representative's inability to attend in person, Defense Counsel immediately discussed the issue with Plaintiff's Counsel. The parties resolved the issue by agreeing to allow the insurance representative to be available telephonically.

Based on the foregoing, the parties agree that Defendant's carrier may be excused from in-person attendance at the ENE currently scheduled for December 12, 2018, at 1:30 p.m., and instead will be available telephonically.

Dated this 3rd day of December, 2018.

MAUSERT & OLDHAM                          JACKSON LEWIS P.C.

/s/ Mark Mausert                          /s/ Phillip C. Thompson
Mark Mausert, Bar. No. 2398               Deverie J. Christensen, Bar No. 6596
Cody Oldham, Bar No. 14594                Phillip C. Thompson, Bar No. 12114
729 Evans Avenue                          3800 Howard Hughes Parkway, Ste. 600
Reno, Nevada 89512                        Las Vegas, Nevada 89169
Attorneys for Plaintiff                   Attorneys for Defendant
Janeal Mathews                            Quality Carriers, Inc.


## ORDER

IT IS SO ORDERED:

Dated: 12/4/2018

_____
CARLA BALDWIN CARRY
UNITED STATES MAGISTRATE JUDGE

4851-1325-8881, v. 1