Deverie J. Christensen
Nevada State Bar No. 6596
Phillip C. Thompson
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: phillip.thompson@jacksonlewis.com

*Attorneys for Defendant*
*Quality Carriers, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANEAL MATHEWS, | Case No. 3:18-cv-00456-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO DISMISS ACTION** |
| QUALITY CARRIERS, INC., and, DOES I-X, | |
| Defendants. | |

Plaintiff Janeal Mathews ("Plaintiff") and Defendant Quality Carriers, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate to extend the deadline to file a stipulation dismissing this action with prejudice as set forth in the Court's December 12, 2018 Minute Order (ECF No. 19) by 14 days, until January 28, 2019.

The parties are in the process of finalizing resolution of this matter, but require an additional 14 days to complete the process and dismiss this matter. The current deadline to file a

stipulation dismissing this action with prejudice is January 14, 2019. ECF No. 19. Accordingly, the parties respectfully request a 14-day extension, up to and including January 28, 2019, to file a stipulated dismissal.

Dated this 14th day of January, 2019.

| MAUSERT & OLDHAM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Mark Mausert* <br> Mark Mausert, Bar, No. 2398 <br> Cody Oldham, Bar No. 14594 <br> 729 Evans Avenue <br> Reno, Nevada 89512 <br> *Attorneys for Plaintiff* <br> *Janeal Mathews* | */s/ Phillip C. Thompson* <br> Deverie J. Christensen, Bar No. 6596 <br> Phillip C. Thompson, Bar No. 12114 <br> 3800 Howard Hughes Parkway, Ste. 600 <br> Las Vegas, Nevada 89169 <br> *Attorneys for Defendant* <br> *Quality Carriers, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

Dated: January 14, 2019

_____
UNITED STATES DISTRICT JUDGE

4835-4227-1621, v. 1