Deverie J. Christensen
Nevada State Bar No. 6596
Phillip C. Thompson
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: phillip.thompson@jacksonlewis.com

*Attorneys for Defendant*
*Quality Carriers, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANEAL MATHEWS, | Case No. 3:18-cv-00456-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| QUALITY CARRIERS, INC., and, DOES I-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

/ / /
/ / /
/ / /
/ / /

attorneys' fees and costs.

Dated this 18th day of January, 2019.

MAUSERT & OLDHAM

*[signature]*

Mark Mausert, Bar, No. 2398
Cody Oldham, Bar No. 14594
729 Evans Avenue
Reno, Nevada 89512
*Attorneys for Plaintiff*
*Janeal Mathews*

JACKSON LEWIS P.C.

*[signature]*

Deverie J. Christensen, Bar No. 6596
Phillip C. Thompson, Bar No. 12114
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*Quality Carriers, Inc.*

**ORDER**

**IT IS SO ORDERED:**

Dated: January 22, 2019

*[signature]*

UNITED STATES ~~MAGISTRATE~~ JUDGE

4827-5101-2741, v. 1